WILLIAM S. BOGGS (Bar No. 053013)
william.boggs@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

PERRIE WEINER (Bar No. 134146)
perrie.weiner@dlapiper.com
EDWARD TOTINO (Bar No. 169237)
edward.totino@dlapiper.com
MONICA N. DOURNAEE (SBN 268109)
monica.dournaee@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3319

Attorneys for Defendant
GENERAL ELECTRIC CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MEESON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Defendant. | CV NO. 12-CV-2109 JLS (KSC)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Janis L. Sammaritino<br>Courtroom: 6 |

Defendant General Electric Capital Corporation submits this Notice pursuant to the provisions of the Southern District of California Local Rule 40.2.

////

/////

| | |
|---|---|
| 1 | General Electric Company, a publically traded corporation, is the parent corporation of |
| 2 | General Electric Capital Corporation. |
| 3 | Dated: September 19, 2012 |

DLA PIPER LLP (US)

By: s/ William S. Boggs
　　WILLIAM S. BOGGS (Bar No. 053013)
　　Attorneys for Defendant
　　GENERAL ELECTRIC CAPITAL
　　CORPORATION.
　　DLA PIPER LLP (US)
　　401 B Street, Suite 1700
　　San Diego, CA 92101-4297
　　Tel: 619.699.2700
　　Fax: 619.699.2701
　　william.boggs@dlapiper.com

　　PERRIE WEINER (Bar No. 134146)
　　perrie.weiner@dlapiper.com
　　EDWARD TOTINO (Bar No. 169237)
　　edward.totino@dlapiper.com
　　MONICA N. DOURNAEE (SBN 268109)
　　monica.dournaee@dlapiper.com
　　DLA PIPER LLP (US)
　　2000 Avenue of the Stars
　　Suite 400, North Tower
　　Los Angeles, CA 90067
　　Tel: 310.595.3000
　　Fax: 310.595.3319