# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW MEESON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br>vs.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>                    Defendant. | CASE NO. 12cv2109-GPC(JMA)<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[Doc. No. 10.] |
|---|---|

    Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action be dismissed without prejudice.

    IT IS SO ORDERED.

DATED: October 22, 2012

                                      HON. GONZALO P. CURIEL
                                      United States District Judge